UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT LAWRENCE WILLIAMS,

    Plaintiff,

    v.

CITY OF OAKLAND, et al.,

    Defendants.

Case No. 17-cv-05238-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, March 18, 2019 at 2:00 p.m. |
| REFERRED TO MAGISTRATE JUDGE FOR MANDATORY SETTLEMENT CONFERENCE TO BE COMPLETED BY: | December 31, 2018 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with Court approval |
| NON-EXPERT DISCOVERY CUTOFF: | January 31, 2019 |
| DISCLOSURE OF EXPERT REPORTS: ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: February 8, 2019<br>Rebuttal: February 19, 2019 |
| EXPERT DISCOVERY CUTOFF: | February 22, 2019 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | March 12, 2019 |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: October 3, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge